☐ AMENDED

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re: **Jessica Elaine Hayes**　　　　　　　　　　　　Case No.

Debtors:　　　　　　　　　　　　　　　　　　　　　Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:** (1) 1341 Isabelle St
　　　　　　　　Memphis, TN 38122-3812　　　　　(2)

**PLAN PAYMENT:**
　**Debtor(1)** shall pay $ **25.00**　　(☑) weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
　☑ PAYROLL DEDUCTION From: **Cracker Barrel**　　OR ( ) DIRECT PAY

　**Debtor(2)** shall pay $　　　　(☐) weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
　☐ PAYROLL DEDUCTION From:　　　　OR ( ) DIRECT PAY

**1. THIS PLAN [Rule 3015.1 Notice]:**

　(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]　☐ YES　☑ NO
　(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION　☐ YES　☑ NO
　　　OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
　(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].　☐ YES　☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**　　　　　　　　　　　　　　　　　　　　Monthly Plan Payment:

**None**　　Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
　　　　　ongoing payment begins　　　　　　　　　　　　　　　　$
　　　　　Approximate arrearage:

**5. PRIORITY CLAIMS:**

**-NONE-**　　　　　　　　　　　　Amount　　　　　　　　　　　　$

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☐ Paid by Trustee to:

**None**　　ongoing payment begins　　　　　　　　　　　　　　　$
　　　　　Approximate arrearage:　　　　　Interest　　　　　　$

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]　　Value of Collateral:　　Rate of Interest　　Monthly Plan Payment:

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]　　Value of Collateral:　　Rate of Interest　　Monthly Plan Payment:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　0.00　　　　　　$**0.00**
　　　　　　　　　　　　　　　　　　　　　　0.00　　　　　　0.00　　　　　　$0.00

9. **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

Ally/GMAC                                           Collateral: 2016 Buick Encore

10. **SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| Management That Cares, LLC | 4,155.00 | 0.00 | $90.00 |

11. **STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None                              ☐  Not provided for  **OR**  ☐  General unsecured creditor

12. **THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

13. **ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

14. **ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $38,248.00**

15. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

16. **THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

Management That Cares, LLC: house lease          ☑ Assumes  **OR**  ☐ Rejects.
Progressive Leasing: hhg lease                   ☑ Assumes  **OR**  ☐ Rejects.

17. **COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

19. **NON-STANDARD PROVISION(S):**

None

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

20. **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/Earnest Fiveash                                            Date  7/22/2019                     .
**Earnest E. Fiveash 10769**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**